UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ALMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHO-MCNEIL PHARMACEUTICALS, et al., <br><br> Defendants. | No. C-06-7829 SC <br><br> ORDER STAYING ACTION |

On January 25, 2007, the Judicial Panel on Multidistrict Litigation issued Conditional Transfer Order Number 29 in MDL-1742 - In Re Orth Evra Products Liability Litigation, listing the instant action as a case to be transferred. See Docket No. 13. Notices of Opposition to the transfer were to be filed on or before February 9, 2007. Id. Plaintiffs filed no such opposition, and have indicated that they do not oppose the transfer of the instant action. See Docket No. 14.

The Court, therefore, STAYS the instant action and all pending motions before it. The stay will remain in effect until the conditional transfer is finalized or rejected.

IT IS SO ORDERED.

Dated: February 23, 2007

_____
UNITED STATES DISTRICT JUDGE