United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

February 22, 2007

Richard W. Wieking, Clerk
400 S Ronald V. Dellums Federal Bldg
1301 Clay Street
Oakland, CA 94612-3489

Re: MDL - 1742 Ortho Evra Products Liability Litigation

| Transfer of Civil Cases | CAN# |
|---|---|
| Allman, et al. v Ortho-McNeil Pharmaceutical | 3:06-7829 |
| Browder, et al. v Johnson & Johnson | 3:06-7954 |
| McDonald, et al. v Ortho-McNeil Pharmaceutical | 4:07-43 |
| Aviles-Hanna v Ortho-McNeil Pharmaceutical | 5:06-7701 |

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-29) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case number will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov

A CERTIFIED TRUE COPY

FEB 1 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2007 FEB 12 AM 9:07

DOCKET NO. 1742

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-29)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 337 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-29 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

**ARKANSAS EASTERN**
ARE  2   06-255              Dorane Washington v. Ortho-McNeil Pharmaceutical, Inc., et al.

**ARIZONA**
AZ   2   07-35               Chrishma Gholson v. Johnson & Johnson, et al.

**CALIFORNIA EASTERN**
CAE  2   07-15               Michelle Clinton v. Johnson & Johnson, et al.

**CALIFORNIA NORTHERN**
CAN  3   06-7829             Deanna Aliman, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.
CAN  3   06-7954             Tes Browder, et al. v. Johnson & Johnson, et al.
CAN  3   07-81               Jacci Morrison, et al. v. Ortho-McNeil Corp., et al.   Opposed 02/02/2007
CAN  4   07-43               Jennifer McDonald, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.
CAN  5   06-7201             Michele Aviles-Hanna v. Ortho-McNeil Pharmaceutical, Inc., et al.

**COLORADO**
CO   1   06-2542             Venesha Hall v. Johnson & Johnson, et al.

**IOWA SOUTHERN**
IAS  4   06-620              Crystal Metheny v. Johnson & Johnson, et al.

**ILLINOIS NORTHERN**
ILN  1   06-6980             Denise Sutton v. Johnson & Johnson, et al.
ILN  1   06-7108             Emily Joan Klemp v. Ortho-McNeil Pharmaceutical, Inc., et al.

**MASSACHUSETTS**
MA   1   06-12488            Jacqueline Sarcia v. Ortho-McNeil Pharmaceutical, Inc., et al.

**MINNESOTA**
MN   0   06-4942             Janne Emma L. v. Johnson & Johnson, et al.
MN   0   06-4943             Shameika Davis v. Johnson & Johnson, et al.

**MISSOURI EASTERN**
MOE  4   06-1765             Renee Brasher, et al. v. Johnson & Johnson, et al.

**NEW JERSEY**
NJ   2   06-4733             Claudia Lawson v. Johnson & Johnson, et al.
NJ   2   06-4734             Steffanne Wallace v. Johnson & Johnson, et al.
NJ   2   06-4735             Katrinda Gonzalez v. Johnson & Johnson, et al.
NJ   2   06-4739             Juan Luna, etc. v. Johnson & Johnson, et al.
NJ   2   06-4825             Rosa Zarate v. Johnson & Johnson, et al.
NJ   2   06-5058             Tammy Henderson v. Johnson & Johnson, et al.
NJ   2   06-5059             Tracy Girsanzio v. Johnson & Johnson, et al.
NJ   2   06-5060             Tricia Salata v. Johnson & Johnson, et al.
NJ   2   06-5061             Natasha Belite v. Johnson & Johnson, et al.
NJ   2   06-5062             Melinda Stella v. Johnson & Johnson, et al.
NJ   2   06-5063             Abigail Rodrigues v. Johnson & Johnson, et al.
NJ   2   06-5064             Bobbie Jo Meyers v. Johnson & Johnson, et al.
NJ   2   06-5065             Kathie Theok v. Johnson & Johnson, et al.
NJ   2   06-5066             Chantel Turner v. Johnson & Johnson, et al.
NJ   2   06-5067             Olushola Ajape v. Johnson & Johnson, et al.
NJ   2   06-5068             Luciana DeLeon v. Johnson & Johnson, et al.
NJ   2   06-5069             Deborah Regnier v. Johnson & Johnson, et al.

SCHEDULE CTO-29 - TAG-ALONG ACTIONS (MDL-1742)                                              PAGE 3 of 3

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|

NEW JERSEY

| NJ | 2 | 06-5070 | Cynthia Yocum v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5071 | Tammy Taber v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5288 | Adrienne Macklin, etc. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5356 | Amanda L. Taylor v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| NJ | 2 | 06-5413 | Erika Matos v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5414 | Karlye Lawhorn v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5415 | Rebecca Beard v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5417 | Jessica Church v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5466 | Jacqueline Urena v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5467 | Roberta Romine v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5468 | Robin Wenzel v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5469 | Abethia Lear v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5470 | Angelea Nogelmeier v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5558 | Angela Havlovitz v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5559 | Dawn Carter v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5560 | Julie McCormick v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5561 | Dannarae Dixon v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5684 | Shernet Gray v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5685 | Michelle Goudeau v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5686 | Natosha Strickland v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5687 | Regina Bradford v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5688 | Cassondra Jackson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5715 | Melanie Martin v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5716 | Lori Toman v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5717 | Connie Patterson v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5718 | Christin Haynie v. Johnson & Johnson, et al. |
| NJ | 2 | 06-5719 | Shannon Martin v. Johnson & Johnson, et al. |

NEW YORK EASTERN

| NYE | 1 | 06-6254 | Sharon Rodney v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6013 | Dana Angulo v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6017 | Erin Noelle Fogarty v. Johnson & Johnson, et al. |
| NYE | 2 | 06-6198 | Barbara Buhse, et al. v. Johnson & Johnson, et al. |

PUERTO RICO

| PR | - | 06-2027 | Joanna Figueroa-Garcia, et al. v. Johnson & Johnson, et al. |
| PR | - | 06-2197 | Luis E. Santana-Guillen, etc. v. Johnson & Johnson, et al. |

TENNESSEE WESTERN

| TNW | 2 | 06-2710 | Crystal Dawn Stegall v. Johnson & Johnson, et al. |
| TNW | 2 | 06-2813 | Martina Irvin v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| TNW | 2 | 06-2839 | Kenda Campbell v. Ortho-McNeil Pharmaceutical, Inc., et al. |

TEXAS EASTERN

| TXE | 2 | 06-554 | Elizabeth Barroso v. Johnson & Johnson, et al. |
| TXE | 2 | 06-544 | Hawot Ladane v. Johnson & Johnson, et al. |

TEXAS NORTHERN

| TXN | 3 | 06-2225 | Myra E. Burton v. Johnson & Johnson, et al. |
| TXN | - | 06-2548 | Caroline Y. Barron v. Johnson & Johnson, et al. |
| TXN | 4 | 06-880 | Deandra L. Wyatt v. Johnson & Johnson, et al. |

TEXAS SOUTHERN

| TXS | 4 | 06-3586 | Terri Miller v. Johnson & Johnson, et al. |
| TXS | 4 | 06-3587 | Lanya Lott v. Johnson & Johnson, et al. |

TEXAS WESTERN

| TXW | 5 | 06-1670 | Lan Jefferis v. Johnson & Johnson, et al. |